UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION No. 4:11-cv-03631 |
| § | |
| $26,139.00 IN U.S. CURRENCY, § | |
| Defendant in rem. § | |

## UNITED STATES CERTIFICATE OF
## PERSONS WITH FINANCIAL INTEREST

I certify that the United States of America, Plaintiff, and potential claimants Aamer Wali Janjua and Aisha Janjua have a financial interest in the outcome of this litigation.

                                              Respectfully submitted,
                                              Kenneth Magidson
                                              United States Attorney

                 By:    s/ Albert Ratliff
                         Albert Ratliff
                         Attorney-in-Charge
                         NY Bar No. 1073907
                         SDTX Bar No. 6764
                         Assistant United States Attorney
                         United States Attorney's Office
                         P. O. Box 61129
                         Houston, Texas  77208
                         (713) 567-9579
                         (713) 718-3300 fax
                         Albert.Ratliff@usdoj.gov