IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA                §
                                        §
          Plaintiff,                    §
                                        §
    v.                                  §          CIVIL  NO. H-11-3631
                                        §
$26,139.00 U.S. CURRENCY                §
                                        §
          Defendant.                    §

### DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 21, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2011 at Houston, TX.

*Susan Williams*

Susan A.F. Williams
Records Examiner
919 Milam, Suite 1500
P.O. Box 61129
Houston, TX 77208
Phone: 713-567-9477
Fax: 713-718-3404

Attachment 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## COURT CASE NUMBER: H-11-3631; NOTICE OF FORFEITURE ACTION

Pursuant to 31 U.S.C. § 5317, the United States filed a verified Complaint for Forfeiture against the following property:

$26,139.00 U.S. Currency (11-ICE-001952) which was seized from Aisha Janjua and Aamer Janjua on June 07, 2011 at George Bush Intercontinental Airport, located in Houston, TX

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (October 21, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, U.S. District Courthouse, 515 Rusk, Houston, TX 77002, and copies of each served upon Assistant United States Attorney Albert Ratliff, P.O. Box 61129, Houston, TX 77208-1129, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



### Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 21, 2011 and November 19, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $26,139.00 U.S. Currency

**Court Case No:**      H-11-3631
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/21/2011 | 24.0 | Verified |
| 2 | 10/22/2011 | 24.0 | Verified |
| 3 | 10/23/2011 | 24.0 | Verified |
| 4 | 10/24/2011 | 24.0 | Verified |
| 5 | 10/25/2011 | 24.0 | Verified |
| 6 | 10/26/2011 | 24.0 | Verified |
| 7 | 10/27/2011 | 24.0 | Verified |
| 8 | 10/28/2011 | 24.0 | Verified |
| 9 | 10/29/2011 | 24.0 | Verified |
| 10 | 10/30/2011 | 24.0 | Verified |
| 11 | 10/31/2011 | 24.0 | Verified |
| 12 | 11/01/2011 | 24.0 | Verified |
| 13 | 11/02/2011 | 24.0 | Verified |
| 14 | 11/03/2011 | 23.8 | Verified |
| 15 | 11/04/2011 | 24.0 | Verified |
| 16 | 11/05/2011 | 24.0 | Verified |
| 17 | 11/06/2011 | 24.0 | Verified |
| 18 | 11/07/2011 | 24.0 | Verified |
| 19 | 11/08/2011 | 24.0 | Verified |
| 20 | 11/09/2011 | 24.0 | Verified |
| 21 | 11/10/2011 | 24.0 | Verified |
| 22 | 11/11/2011 | 24.0 | Verified |
| 23 | 11/12/2011 | 24.0 | Verified |
| 24 | 11/13/2011 | 24.0 | Verified |
| 25 | 11/14/2011 | 24.0 | Verified |
| 26 | 11/15/2011 | 24.0 | Verified |
| 27 | 11/16/2011 | 23.9 | Verified |
| 28 | 11/17/2011 | 24.0 | Verified |
| 29 | 11/18/2011 | 24.0 | Verified |
| 30 | 11/19/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.