IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION: H-11-3631 |
| $26,139.00 in US Currency, | § § § | |
| Defendants. | § § | |

### ORDER

Parties are hereby advised that the above referenced case is set for a Rule 16 Scheduling Conference on February 14, 2012 at 2:00 p.m., before Magistrate Judge Stephen Wm Smith, Courtroom 703, 515 Rusk, Houston, TX.

Signed this \_\_\_\_**20**\_\_\_\_ day of December, 2011.

_David Hittner_
David Hittner
United States District Judge