UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

$26,139.00 in U.S. Currency

Case No.: 4:11−cv−03631
Judge David Hittner

Defendant

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Stephen Smith

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/15/12

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 2, 2012

David J. Bradley, Clerk